PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☑ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA
EASTERN Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: NANCY LAURENT
☑ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3165

Name of Asst. U.S. Attorney (if assigned): THEODORE R. CARTER III

CASE NO. 07-128
USA vs.
Defendant: JASON BROOM
Address: 62 W. Carolina St. Chalmette, LA 70043

07-128 SEALED
07-128
SECT. J MAG. 3

☐ Interpreter Required   Dialect: _____

Birth Date 10/11/1976
☑ Male ☐ Female
☐ Alien (if applicable)

Social Security Number 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

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: Metairie       Parish: Jefferson

## DEFENDANT

Issue: ☑ Warrant ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 21

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21:846 | Controlled Substance Conspiracy | 1 |
| 4 | 21 841(a)(1) and 21:841(b)(1)(C) | Possession with the Intent to Distribute | 2-5,10,12, 15, 17 |
| 4 | 18:2 | Aiding and Abetting Crime | 10,12,15,17 |
| 4 | 21:843(b) | Unlawful Use of Communcations Facility | 6-9, 11,13-14, 16,18-21 |

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA — EASTERN Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: NANCY LAURENT
☑ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3165

Name of Asst. U.S. Attorney (if assigned): THEODORE R. CARTER III

CASE NO. 07-128 **SEALED**
USA vs.
Defendant: MAXWELL LANDRY
Address: 13532 Vidalia Road
Pass Christian, MS 39571

**SECT. J MAG. 3**

☐ Interpreter Required   Dialect: _____

Birth Date: 8/8/1978   ☑ Male ☐ Female   ☐ Alien (if applicable)

Social Security Number: 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

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

SHOW DOCKET NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: Metairie   Parish: Jefferson

## DEFENDANT

Issue: ☑ Warrant ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 2

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21:846 | Controlled Substance Conspiracy | 1 |
| 4 | 21:843(b) | Unlawful Use of Communications Facility | 6 |

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT — EASTERN
DISTRICT OF LOUISIANA — Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: NANCY LAURENT
☑ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3165

Name of Asst. U.S. Attorney (if assigned): THEODORE R. CARTER III

CASE NO. 07-128 SEALED

USA v.
Defendant: JESSICA WILSON

Address: 2902 Lexington Drive
Metairie, LA 70002

SECT. J MAG. 3

☐ Interpreter Required  Dialect: _____

Birth Date: 7/23/1982
☐ Male ☑ Female ☐ Alien (if applicable)

Social Security Number: 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

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: Metairie  Parish: Jefferson

## DEFENDANT

Issue: ☑ Warrant ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 2

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21:846 | Controlled Substance Conspiracy | 1 |
| 4 | 21:843(b) | Unlawful Use of Communications Facility | 20 |

PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT — EASTERN
DISTRICT OF LOUISIANA — Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: NANCY LAURENT
☑ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3165

Name of Asst. U.S. Attorney (if assigned): THEODORE R. CARTER III

CASE NO.
USA vs.
Defendant: JOHN ROCKWELL
Address: 8911 East Livingston Ave, Chalmette, LA 70043

**SEALED**
**07-128**
**SECT. J MAG. 3**

☐ Interpreter Required   Dialect: ____

Birth Date: 8/16/1958
☑ Male ☐ Female
☐ Alien (if applicable)

Social Security Number: 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

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: New Orleans   Parish: Orleans

## DEFENDANT

Issue: ☑ Warrant ☐ Summons

Location Status:
Arrest Date ____ or Date Transferred to Federal Custody ____
☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): ____
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 3

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21:846 | Controlled Substance Conspiracy | 1 |
| 4 | 21:841(a)(1) and 21:841(b)(1)(C) | Possession with the Intent to Distribute | 12 |
| 4 | 18:2 | Aiding and Abetting Crime | 12 |
| 4 | 21:843(b) | Unlawful Use of Communications Facility | 21 |

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

PER 18 U.S.C. 3170

**BY:** ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA — EASTERN Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: NANCY LAURENT
☑ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3165

Name of Asst. U.S. Attorney (if assigned): THEODORE R. CARTER III

**CASE NO.** 07-128  SEALED
USA vs.
Defendant: JOSE VASQUEZ
Address: 220 N. Atlanta Street, Metairie, LA 70003

SECT. J MAG. 3

☐ Interpreter Required  Dialect: _____

Birth Date: 5/2/1977
☑ Male  ☐ Female  ☐ Alien (if applicable)

Social Security Number: 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

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: New Orleans  Parish: Orleans

## DEFENDANT

Issue: ☑ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 3

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21:846 | Controlled Substance Conspiracy | 1 |
| 4 | 21:841(a)(1) and 21:841(b)(1)(C) | Possession with the Intent to Distribute | 10 |
| 4 | 18:2 | Aiding and Abetting Crime | 10 |
| 4 | 21:843(b) | Unlawful Use of Communications Facility | 11 |

PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA — EASTERN — Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: NANCY LAURENT
☑ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3165

Name of Asst. U.S. Attorney (if assigned): THEODORE R. CARTER III

CASE NO.
USA vs.
Defendant: RYAN MEYERS
Address: 1724 Manor Heights, Marrero, LA 70072

SEALED
07-128
SECT. J MAG. 3

☐ Interpreter Required  Dialect: ____

Birth Date: 3/17/1976
☑ Male ☐ Female ☐ Alien (if applicable)

Social Security Number: 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

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: New Orleans  Parish: Orleans

## DEFENDANT

Issue: ☑ Warrant ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts _____

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21:846 | Controlled Substance Conspiracy | 1 |
| 4 | 21:841(a)(1) and 21:841(b)(1)(C) | Possession with the Intent to Distribute | 12 |
| 4 | 18:2 | Aiding and Abetting Crime | 12 |
| 4 | 21:843(b) | Unlawful Use of Communcations Facility | 13 |

PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT — EASTERN
DISTRICT OF LOUISIANA — Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: NANCY LAURENT
☑ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3165

Name of Asst. U.S. Attorney (if assigned): THEODORE R. CARTER III

CASE NO. _____ SEALED 07-128
USA vs.
Defendant: PAUL PURVIS
Address: 511 1/2 Rose Street
Metairie, LA 70005

SECT. J MAG. 3

☐ Interpreter Required   Dialect: _____

Birth Date: 1/16/1976   ☑ Male ☐ Female   ☐ Alien (if applicable)

Social Security Number: 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

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: Chalmette   Parish: St. Bernard

## DEFENDANT

Issue: ☑ Warrant ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
   ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 3

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21:846 | Controlled Substance Conspiracy | 1 |
| 4 | 21:841(a)(1) and 21:841(b)(1)(C) | Possession with the Intent to Distribute | 15 |
| 4 | 18:2 | Aiding and Abetting Crime | 15 |
| 4 | 21:843(b) | Unlawful Use of Communications Facility | 16 |

PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA — EASTERN Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: NANCY LAURENT
☑ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3165

Name of Asst. U.S. Attorney (if assigned): THEODORE R. CARTER III

CASE NO. **SEALED 07-128**

USA vs.
Defendant: JOAB JETT
Address: 511 1/2 Rose Street
Metairie, LA 70005

**SECT. J MAG. 3**

☐ Interpreter Required  Dialect: _____

Birth Date: 10/7/1976
☑ Male ☐ Female
☐ Alien (if applicable)

Social Security Number: 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

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: Chalmette    Parish: St. Bernard

## DEFENDANT

Issue: ☑ Warrant ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 2

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21:846 | Controlled Substance Conspiracy | 1 |
| 4 | 21:841(a)(1) and 21:841(b)(1)(C) | Possession with the Intent to Distribute | 15 |
| 4 | 18:2 | Aiding and Abetting Crime | 15 |

PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT — EASTERN
DISTRICT OF LOUISIANA — Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: NANCY LAURENT
☑ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3165

Name of Asst. U.S. Attorney (if assigned): THEODORE R. CARTER III

CASE NO.
USA vs.
Defendant: DAMIEN CALLAIS
Address: 7403 N. Ocean Blvd
Myrtle Beach, SC 29572

SEALED
07-128
SECT. J MAG. 3

☐ Interpreter Required  Dialect: _____

Birth Date: 6/4/1979
☑ Male ☐ Female
☐ Alien (if applicable)

Social Security Number: 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

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any):
Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: Metairie  Parish: Jefferson

**DEFENDANT**

Issue: ☑ Warrant ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts _____

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21:846 | Controlled Substance Conspiracy | 1 |
| 4 | 21:841(a)(1) 21:841(b)(1)(C) | Possession with the Intent to Distribute | 15 |
| 4 | 18:2 | Aiding and Abetting Crime | 15 |
| 4 | 21:843(b) | Unlawful Use of Communications Facility | 9 |

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT — EASTERN
DISTRICT OF LOUISIANA — Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: NANCY LAURENT
☑ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3165

Name of Asst. U.S. Attorney (if assigned): THEODORE R. CARTER III

CASE NO. **SEALED 07-128**

USA vs.
Defendant: VERNON COOK
Address: 229 Surgi Drive
Mandeville, LA 70448

**SECT. J MAG. 3**

☐ Interpreter Required   Dialect: _____

Birth Date: 6/12/1971    ☑ Male   ☐ Female   ☐ Alien (if applicable)

Social Security Number: 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

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: Chalmette    Parish: St. Bernard

## DEFENDANT

Issue: ☑ Warrant ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 3

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21:846 | Controlled Substance Conspiracy | 1 |
| 4 | 21:841(a)(1) and 21:841(b)(1)(C) | Possession with the Intent to Distribute | 17 |
| 4 | 18:2 | Aiding and Abetting Crime | 17 |
| 4 | 21:843(b) | Unlawful Use of Communications Facility | 18 |

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA — EASTERN Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: NANCY LAURENT
☑ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3165

Name of Asst. U.S. Attorney (if assigned): THEODORE R. CARTER III

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: Chalmette    Parish: St. Bernard

CASE NO. **SEALED 07-128**

USA vs.
Defendant: SEAN VILLAVASO
Address: 420 E. Solidell Street
Chalmette, LA 70043

**SECT. J MAG. 3**

☐ Interpreter Required    Dialect: _____

Birth Date: 3/2/1973    ☑ Male ☐ Female    ☐ Alien (if applicable)

Social Security Number: 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

### DEFENDANT

Issue: ☑ Warrant ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 2

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21:846 | Controlled Substance Conspiracy | 1 |
| 4 | 21:843(b) | Unlawful Use of Communications Facility | 19 |

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT — EASTERN
DISTRICT OF LOUISIANA — Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: NANCY LAURENT
☑ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3165

Name of Asst. U.S. Attorney (if assigned): THEODORE R. CARTER III

CASE NO. **SEALED 07-128**

USA vs.
Defendant: DENNIS BROWN
Address: 1736 Robin Street, Marrero, LA 70072

**SECT. J MAG. 3**

☐ Interpreter Required   Dialect: _____

Birth Date: 12/18/1969
☑ Male ☐ Female
☐ Alien (if applicable)

Social Security Number: 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

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: Metairie    Parish: Jefferson

### DEFENDANT

Issue: ☑ Warrant ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 2

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21:846 | Controlled Substance Conspiracy | 1 |
| 4 | 21:843(b) | Unlawful Use of Communications Facility | 14 |

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT — EASTERN
DISTRICT OF LOUISIANA — Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: NANCY LAURENT
☑ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3165

Name of Asst. U.S. Attorney (if assigned): THEODORE R. CARTER III

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: Metairie    Parish: Jefferson

CASE NO.

USA vs.
Defendant: BRANDON COOLEY

Address: 8529 Cedar Lane
New Orleans, LA 70127

**SEALED**
**07-128**
**SECT. J MAG. 3**

☐ Interpreter Required    Dialect: _____

Birth Date: 1/9/1978
☑ Male ☐ Female
☐ Alien (if applicable)

Social Security Number: 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

**DEFENDANT**

Issue: ☑ Warrant ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts: 2

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21:846 | Controlled Substance Conspiracy | 1 |
| 4 | 21:843(b) | Unlawful Use of Communications Facility | 8 |

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

PER 18 U.S.C. 3170

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA — EASTERN Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: NANCY LAURENT
☑ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3165

Name of Asst. U.S. Attorney (if assigned): THEODORE R. CARTER III

CASE NO. _____
USA vs.
Defendant: ROBERT ROSANNI
Address: 14310 Vidalia Road, Pass Christian, MS

SEALED 07-128
SECT. J MAG. 3

☐ Interpreter Required   Dialect: _____

Birth Date: 4/6/1952
☑ Male ☐ Female
☐ Alien (if applicable)

Social Security Number: 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

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: Chalmette   Parish St. Bernard

## DEFENDANT

Issue: ☑ Warrant ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 2

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21:846 | Controlled Substance Conspiracy | 1 |
| 4 | 21:843(b) | Unlawful Use of Communications Facility | 7 |