# United States District Court



EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

v.

RYAN MEYERS a/k/a Ryan Myers

WARRANT FOR ARREST

CASE NUMBER: CR 07-128 "J" (3)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Ryan Meyers a/k/a Ryan Myers, 1724 Manor Heights, Marrero, LA 70072** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) Indictment  ( ) Information  ( ) Complaint  ( ) Order of Court  ( ) Probation Violation Petition  ( ) Supervised Release Violation Petition  ( ) Violation Notice

charging him or her with Violations of the Federal Controlled Substances Act

in violation of Title 21; 18 United States Code, Section(s) 841(a)(1), 843(b), 846; 2

| **LORETTA G. WHYTE** | **CLERK** |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| _signature_ | April 12, 2007  New Orleans, Louisiana |
| Signature of Issuing Officer | Date and Location |
| (By) Deputy Clerk | |

Bail fixed at $_____ by _____
                              Name of Judicial Officer

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 4/12/07 | NAME AND TITLE OF ARRESTING OFFICER G.W. Dysart C/DUSM | SIGNATURE OF ARRESTING OFFICER _signature_ |
|---|---|---|
| DATE OF ARREST 4/24/07 | | |